# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA MARY BOTANI, | Case No. 08cv1989 JM (POR) |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR FILING OF RESPONSIVE PLEADING** |
| PAUL M. PIERRE, District Director, U.S. United States Citizenship and Immigration Services; MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; and MICHAEL MUKASEY, U.S. Attorney General, | [Docket No. 3] |
| Defendants. | |

Having considered the parties' Joint Motion to Extend Time for Filing of Responsive Pleading (Docket No. 3) and finding the joint motion meritorious, the Court **GRANTS** the motion for extension of time and **ORDERS** under Federal Rule of Civil Procedure 6(b)(1) that the time in which Defendants shall file their answer or responsive pleading in the above captioned matter is extended until **February 27, 2009**.

**IT IS SO ORDERED.**

DATED: December 19, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge