# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA MARY BOTANI,<br><br>            Plaintiff,<br>    v.<br><br>PAUL M. PIERRE, District Director, U.S. United States Citizenship and Immigration Services; JANET A. NAPOLITANO, U.S. Secretary of Homeland Security; and ERIC H. HOLDER, JR., U.S. Attorney General,<br><br>            Defendants. | Case No. 08cv1989 JM (POR)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS<br><br>[Docket No. 5] |

Having considered the parties' Joint Motion to Dismiss (Docket No. 5), finding that the parties stipulate to dismissal, and finding the joint motion meritorious, the court hereby **GRANTS** the motion and **ORDERS** under Federal Rule of Civil Procedure 41(a)(1) that the complaint is **DISMISSED** without prejudice.

DATED: February 26, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge